# United States District Court
## Violation Notice

**CVB Location Code:** OS60

**Violation Number:** F08T007H
**Officer Name:** Mercer
**Officer No.:** 2522

F08T007H

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/08/2025 18:10
**Offense Charged:** FED 36CFR261.6A
**Place of Offense:** 22945 CR 9 New Matamoras, Ohio

**Offense Description: Factual Basis for Charge**
cutting one Black Walnut Tree

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Schwaben
**First Name:** Frederick
**M.I.:** L

**Street Address:**

**City:** **State:** **Zip Code:** **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** **CDL:** ☐ **D.L. State:** **Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

### VEHICLE
**VIN:**  CMV ☐

**Tag No.:** **State:** **Year:** **Make/Model:** /  **PASS** ☐  **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 300.00  Forfeiture Amount
$ 30.00   Processing Fee

**PAY THIS AMOUNT**  $ 330.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 85 Marconi Boulevard, Columbus, Ohio 43215
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F08T007H

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/08/2025  while exercising my duties as a law enforcement officer in the  Southern  District of  OH

Pursuant to 16USC 551: On September 8th, 2025, while exercising my duties as Law Enforcement Officer, I (U.S. Forest Service Law Enforcement Officer Lamar Mercer #2522) was on uniformed patrol in a marked police vehicle, within the boundaries of the Wayne National Forest, Athens Ranger District, Marietta Unit, Washington County, in the Southern District of Ohio.

At approximately 1500 hrs., I conducted a foot patrol in the area of 22945 CR 9 New Matamoras, Ohio to investigate the report that Fredrick L. SCHWABEN (DOB 7/6/1967) was illegally cutting and removing timber from the back side of his property. Near the rear of SCHWABENs property I observed a Black Walnut tree (Juglans nigra) had been cut and the trunk removed. I further observed a large area of Wayne National Forest property was being mowed as an extension of SCHWABEN's yard. At approximately 1757hrs, I contacted SCHWABEN who identified himself by his Ohio ID card RS353834. SCHWABEN admitted he had cut and removed the black walnut log located on WNF property several weeks prior. SCHWABEN also admitted to mowing WNF property and using it as his property.

SCHWABEN was issued a violation notice for 36 CFR 261.6a: cutting or damaging tree, and 36 CFR 261.6h: removing timber. SCHWABEN was also issued a warning for 36 CFR 261.10b: taking possession or residing on National Forest Lands.

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/08/2025   *Lamar Mercer*
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident